Peter E. Perkowski (SBN 199491)
peter@perkowskilegal.com
PERKOWSKI LEGAL, PC
445 S. Figueroa Street
Suite 3100
Los Angeles, California 90071
Telephone: (213) 426-2137

Attorneys for Plaintiffs
BACKGRID USA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., | Case No.: 2:18-cv-6384 |
| *Plaintiffs*, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | |
| HOLLYWOOD UNLOCKED, INC., | *Jury Trial Demanded* |
| *Defendant*. | |

Plaintiff BackGrid USA, Inc., for its Complaint against defendant Hollywood Unlocked, Inc., alleges as follows:

1.    This is an action for copyright infringement involving unauthorized use of photographic images on a massive scale. Defendant Hollywood Unlocked has repeatedly used large numbers of plaintiff's copyrighted images, without license, to draw attention to its news stories and viewers to its pages, thereby increasing its advertising income. Plaintiff now sues to put an end to this large-scale infringement.

## JURISDICTION AND VENUE

2.    This is an action for injunctive relief, statutory damages, monetary damages, and interest under the copyright law of the United States.

3.    This action arises under the Copyright Act of 1976, Title 17 U.S.C. § 101 et seq.

4.     This Court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1331 (federal question), § 1338 (copyright), and 17 U.S.C. § 1203 (alteration or removal of copyright management information).

5.     This Court has personal jurisdiction over defendant because, on information and belief, it has its principle place of business in the State of California and this judicial district and, on information and belief, is doing business in the State of California and in this judicial district.

6.     Venue in this judicial district is proper under 28 U.S.C. § 1391(b)(1) and 28 U.S.C. § 1400(a).

## PARTIES

7.     Plaintiff BackGrid USA, Inc. is an entity organized and existing under the laws of the State of California with its principal place of business in Redondo Beach, California. BackGrid is a global premier celebrity news and photo agency that provides the world's top news outlets with real-time content from the world's top photographers.

8.     BackGrid also maintains a library of photographs on a diverse range of subjects including celebrities, music, sports, fashion, and royalty. BackGrid licenses its photographs to leading magazines, newspapers, and editorial clients, throughout the world, including in the United States and in California.

9.     On information and belief, defendant Hollywood Unlocked, Inc. is a corporation organized and existing under the law of the State of Delaware with its principal place of business in Los Angeles, California, in this judicial district. According to its website and social media profiles, Hollywood Unlocked is "the number one source of Hollywood news."

## BACKGROUND FACTS

**A.    The Infringed Images**

10.     Plaintiff is the owner and copyright holder of photographic images (the "Photographs") as follows:

11.    *Rihanna Images.* The Rihanna Images are photographs of popular singer, songwriter, and actress Rihanna.

     a.   Rihanna Image 1, depicting Rihanna wearing Burberry plaid, was registered to BackGrid, with Registration No. VA 2 083 023 (eff. Jan. 7, 2018), in compliance with the Copyright Act.

     b.   Rihanna Image 2, depicting Rihanna going to a restaurant in Santa Monica, California, was registered to BackGrid, with Registration No. VA 2 087 609 (eff. Feb. 5, 2018), in compliance with the Copyright Act.

     c.   Rihanna Images 3 through 6, depicting Rihanna wearing a fuzzy red cape on the streets of New York, were registered to AKM-GSI, with Registration No. VA 2 050 264 (eff. Dec. 1, 2016), in compliance with the Copyright Act. Copyright ownership was subsequently transferred to BackGrid by assignment.

12.    *Jaden Smith Images*. The Jaden Smith Images are photographs of American actor, rapper, singer, and songwriter Jaden Smith.

     a.   Jaden Smith Image 1, depicting Smith with actress Odessa Adlon in Los Angeles, was registered to BackGrid, with Registration No. VA 2 085 991 (eff. Jan. 31, 2018), in compliance with the Copyright Act.

     b.   Jaden Smith Image 2, depicting Smith with Adlon carrying groceries, was registered to BackGrid, with Registration No. VA 2 087 613 (eff. Feb. 5, 2018), in compliance with the Copyright Act.

13.    *Robin Thicke Image*. The Robin Thicke Image is a photograph of American singer, songwriter, and producer Robin Thicke with his girlfriend April Love Geary in Hollywood. The Robin Thicke Image was registered to BackGrid, with Registration No. VA 2 087 607 (eff. Feb. 5, 2018), in compliance with the Copyright Act.

14.     *Justin Timberlake Image*. The Justin Timberland Image is a photograph of popular singer and actor Justin Timberlake with actress Eiza González on the set of a music video. The Justin Timberlake Image was registered to BackGrid, with Registration No. VA 2 087 523 (eff. Jan. 12, 2018), in compliance with the Copyright Act.

15.     *Brooklyn Beckham Image*. The Brooklyn Beckham Image is a photograph of author and celebrity Brooklyn Beckham out in New York City with girlfriend Chloe Moretz. The Brooklyn Beckham Image was registered to BackGrid, with Registration No. No. VA 2 087 606 (eff. Feb. 5, 2018).

16.     *Amber Rose Images*. The Amber Rose Images are photographs of American model and actress Amber Rose.

     a. Amber Rose Image 1, depicting Rose with rapper 21 Savage, was registered to BackGrid, with Registration No. VA 2 069 876 (eff. Sept. 26, 2017), in compliance with the Copyright Act.

     b. Amber Rose Image 2, depicting Rose at the beach with her son Sebastian, was registered to BackGrid, with Registration VA No. 2 084 115 (eff. Nov. 6, 2017), in compliance with the Copyright Act.

17.     *Beyoncé Images*. The Beyoncé Images are photographs of famous singer, songwriter, and actress Beyoncé Knowles-Carter.

     a. Beyoncé Image 1, depicting Beyoncé at the Vic Mensa album release, was registered to BackGrid, with Registration No. VA 2 060 678 (eff. Aug. 1, 2017), in compliance with the Copyright Act.

     b. Beyoncé Image 2, depicting Beyoncé at a baby shower, was registered to AKM-GSI, with Registration No. VA 2 049 675 (eff. May 26, 2017), in compliance with the Copyright Act. Copyright ownership was subsequently transferred to BackGrid by assignment.

18.   *Kardashian-Jenner Images*. The Kardashian-Jenner Images are photographs of members of the social-media and reality-TV families the Kardashians and the Jenners.

    a.  Kardashian-Jenner Image 1, depicting Kylie Jenner in red sweatpants, black tee, and slippers, was registered to BackGrid, with Registration No. VA 2 073 247 (eff. Oct. 26, 2017), in compliance with the Copyright Act.

    b.  Kardashian-Jenner Image 2, depicting Kim Kardashian and Kris Jenner out for lunch, was registered to BackGrid, with Registration No. VA 2 104 626 (eff. May 8, 2018), in compliance with the Copyright Act.

19.   *Kerry Washington Image*. The Kerry Washington Image is a photograph of actress Kerry Washington attending a party in a print dress. It was registered to BackGrid, with Registration No. VA 2 073 589 (eff. Oct. 23, 2017), in compliance with the Copyright Act.

20.   *Justin Bieber Images*. The Justin Bieber Images are photographs of Canadian singer and songwriter Justin Bieber.

    a.  Justin Bieber Image 1, depicting Bieber leaving a pool party, was registered to BackGrid, with Registration No. VA 2 062 068 (eff. Aug. 7, 2017), in compliance with the Copyright Act.

    b.  Justin Bieber Image 2, depicting Bieber wearing Billy Los Angeles branding clothing, was registered to BackGrid, with Registration No. VA 2 074 806 (eff. Oct. 10, 2017), in compliance with the Copyright Act.

    c.  Justin Bieber Image 3, depicting Bieber with Selena Gomez, was registered to BackGrid, with Registration No. VA 2 100 822 (eff. Apr. 26, 2018), in compliance with the Copyright Act.

d. Justin Bieber Image 4, depicting Bieber getting a smoothie after a workout, was registered to BackGrid, with Registration No. VA 2 097 280 (eff. Apr. 3, 2018), in compliance with the Copyright Act.

e. Justin Bieber Image 5, depicting Bieber leaving church, was registered to BackGrid, with Registration No. VA 2 096 896 (eff. Mar. 26, 2018), in compliance with the Copyright Act.

f. Justin Bieber Image 6, depicting Bieber at the scene of a car crash in West Hollywood, was registered to BackGrid, with Registration No. VA 2 107 363 (eff. June 14, 2018), in compliance with the Copyright Act.

21.    *Kevin Hart Image*. The Kevin Hart Image is a photograph of actor and comedian Kevin Hart with actress Tiffany Hadish on the set of a movie. It was registered to BackGrid, with Registration No. VA 2 075 933 (eff. Nov. 6, 2017), in compliance with the Copyright Act.

22.    *Zayn Malik Images.* The Zayn Malik Images are photographs of English singer and songwriter Zayn Malik.

a. Zayn Malik Image 1, depicting him in a black jacket leaving a recording studio, was registered to BackGrid, with Registration No. VA 2 099 952 (eff. Apr. 23, 2018), in compliance with the Copyright Act.

b. Zayn Malik Image 2, depicting him in a green jacket in Manhattan, was registered to BackGrid, with Registration No. VA 2 098 185 (eff. Apr. 10, 2018), in compliance with the Copyright Act.

23.    *Foxx-Holmes Image*. The Foxx-Holmes Image is a photograph of American actor, singer, songwriter, record and film producer, and comedian Jamie Foxx and American actress Katie Holmes taking a stroll on the beach. The Foxx-

Holmes Image was registered to BackGrid, with Registration No. VA 2 084 114 (eff. Dec. 4, 2017), in compliance with the Copyright Act.

24.     *Hadid Image*. The Hadid Image is a photograph of American fashion models Gigi and Bella Hadid. The Hadid Image was registered to BackGrid, with Registration No. VA 2 098 175 (eff. Apr. 10, 2018), in compliance with the Copyright Act.

25.     *Kanye West Image*. The Kanye West Image is a photograph of American rapper, singer, songwriter, record producer, entrepreneur, and fashion designer Kanye West flashing a peace sign. It was registered to BackGrid, with Registration No. VA 2 098 180 (eff. Apr. 10, 2018), in compliance with the Copyright Act.

26.     *Britney Spears Image*. The Britney Spears Image is a photograph of American singer, dancer, and actress Britney Spears wearing a yellow bathing suit at the beach. It was registered to BackGrid, with Registration No. VA 2 098 191 (eff. Apr. 10, 2018), in compliance with the Copyright Act.

27.     *Halsey Image*. The Halsey Image is a photograph of American singer and songwriter Halsey, with her boyfriend G Eazy. It was registered to BackGrid, with Registration No. VA 2 097 272 (eff. Apr. 3, 2018), in compliance with the Copyright Act.

28.     *Miley Cyrus Image*. The Miley Cyrus Image is a photograph of American singer, songwriter, and actress Miley Cyrus hiking. It was registered to BackGrid, with Registration No. VA 2 093 299 (eff. Feb. 26, 2018), in compliance with the Copyright Act.

29.     *Selena Gomez Image*. The Selena Gomez Image is a photograph of American singer, actress, and producer Selena Gomez out with Canadian singer, songwriter and record producer The Weeknd. It was registered to AKM-GSI, with Registration No. VA 2 050 055 (eff. Jan. 12, 2017), in compliance with the Copyright Act. Copyright ownership was subsequently transferred to BackGrid by assignment.

30. *Taylor Swift Image*. The Taylor Swift Image is a photograph of American singer-songwriter Taylor Swift out to dinner with Scottish DJ and record producer Calvin Harris. It was registered to AKM-GSI, with Registration No. VA 2 013 932 (eff. May 22, 2016), in compliance with the Copyright Act. Copyright ownership was subsequently transferred to BackGrid by assignment.

31. *Wiz Khalifa Image*. The Wiz Khalifa Image is a photograph of American rapper, singer-songwriter, and actor Wiz Khalifa out with his son and his girlfriend Izabela Guedes. It was registered to BackGrid, with Registration No. VA 2 097 275 (eff. Apr. 3, 2018), in compliance with the Copyright Act.

32. *OBJ Image*. The OBJ Image is a photograph of NFL football player Odell Beckham Jr. arriving to an event in New York. It was registered to BackGrid, with Registration No. VA 2 093 219 (eff. Mar. 1, 2018), in compliance with the Copyright Act.

33. *Victor Cruz Image*. The Victor Cruz Image is a photograph of NFL football player Victor Cruz in a blue suit. It was registered to BackGrid, with Registration No. VA 2 110 518 (eff. July 18, 2018), in compliance with the Copyright Act.

34. *Tyga Image*. The Tyga Image is a photograph of American hip hop artist Tyga walking down the street with an umbrella. It was registered to BackGrid, with registration No. VA 2 107 372 (eff. June 11, 2018), in compliance with the Copyright Act.

35. *Christina Milian Image*. The Christina Milian Image is a photograph of American actress, singer, and songwriter Christina Milian walking down the street in denim. It was registered to BackGrid, with registration No. VA 2 105 292 (eff. June 4, 2018), in compliance with the Copyright Act.

36. *Chrissy Teigen Image*. The Chrissy Teigen Image is a photograph of American model Chrissy Tiegen pushing a baby stroller. It was registered to

BackGrid, with Registration No. VA 2 103 060 (eff. May 16, 2018), in compliance with the Copyright Act.

37. The Photographs were licensed for limited use and published in various media outlets on or about the date of their creation.

38. Plaintiffs never licensed any of the Photographs to defendant. Nevertheless, defendant has used, and continue to use, the Photographs without authorization or permission from plaintiffs to do so.

**B.    Defendant's Unauthorized Uses**

39. Defendant owns and operates the website located and accessible at www.thehollywoodunlocked.com, as well as the Instagram account @hollywoodunlocked. According to the profile page of the Instagram account, defendant receives "700M+ Impressions Monthly."

40. Defendant is a commercial endeavor. Its Instagram profile contains a direct link for advertisers, stating: "Advertising & Contact Email Below." It also sells apparel: the Instagram profile includes a connection to the apparel account @thehuapparel.

41. In addition, defendant's website features third-party advertisements by prominent business entities offering products and services, such as E*Trade, Volvo, Holiday Inn, Hyatt, and others.

42. On information and belief, all or a significant part of defendant's revenue is ad-based, including native-advertising placement and sponsored posts. Accordingly, defendant earns more income when the number of viewers who sees its web pages increases. Defendant has the incentive to draw more viewers to its website by featuring content that is visually interesting, such as by using plaintiffs' Photographs.

43. Plaintiff never licensed the Photographs to defendant. Instead, defendant has used, and continues to use, the Photographs on its website and its Instagram

account by prominently featuring the Photographs to promote articles and content and drive viewership.

44.     Defendant used Rihanna Image 1 by copying it and displaying it on Instagram on October 10, 2017.

45.     Defendant used Rihanna Image 2 by copying it and displaying it on Instagram on November 12, 2017.

46.     Defendant used Rihanna Images 3 through 6 by copying them and displaying them on its website on September 5, 2016, at the following URL: http://thehollywoodunlocked.com/furry-love-is-in-the-air-for-rihanna/. The article at this URL, featuring Rihanna Images 3 through 6, states that it is "By Jeroslyn Johnson." On information and belief, on September 5, 2016, Jeroslyn Johnson was employed by defendant.

47.     Defendant used Jaden Smith Image 1 by copying it and displaying it on Instagram on November 3, 2017.

48.     Defendant used Jaden Smith Image 2 by copying it and displaying it on Instagram on November 8, 2017.

49.     Defendant used the Robin Thicke Image by copying it and displaying it on Instagram on November 14, 2017.

50.     Defendant used the Justin Timberlake Image by copying it and displaying it on Instagram on November 18, 2017.

51.     Defendant used the Brooklyn Beckham Image by copying it and displaying it on Instagram on November 11, 2017.

52.     Defendant used Amber Rose Image 1 by copying it and displaying it on Instagram on June 29, 2017.

53.     Defendant used Amber Rose Image 2 by copying it and displaying it on Instagram on August 19, 2017.

54.     Defendant used Beyoncé Image 1 by copying it and displaying it on Instagram on July 14, 2017.

COMPLAINT

55.     Defendant used Beyoncé Image 2 by copying it and displaying it on its website on May 21, 2017, at the following URL: http://thehollywoodunlocked.com/beyonce-second-baby-shower/. The article at this URL, featuring Beyoncé Image 2, states that it is "By Nycole Hutchens." On information and belief, on May 21, 2017, Nycole Hutchens was employed by defendant.

56.     Defendant used Kardashian-Jenner Image 1 by copying it and displaying it on Instagram on August 8, 2017.

57.     Defendant used Kardashian-Jenner Image 2 by copying it and displaying it on Instagram on February 10, 2018.

58.     Defendant used the Kerry Washington Image by copying it and displaying it on Instagram on July 31, 2017.

59.     Defendant used Justin Bieber Image 1 by copying it and displaying it on Instagram on August 4, 2017.

60.     Defendant used Justin Bieber Image 2 by copying it and displaying it on Instagram on September 22, 2017.

61.     Defendant used Justin Bieber Image 3 by copying it and displaying it on Instagram on February 15, 2018.

62.     Defendant used Justin Bieber Image 4 by copying it and displaying it on Instagram on January 4, 2018.

63.     Defendant used Justin Bieber Image 5 by copying it and displaying it on Instagram on March 22, 2018.

64.     Defendant used Justin Bieber Image 6 by copying it and displaying it on March 24, 2018, at the following URL: https://thehollywoodunlocked.com/justin-bieber-involved-in-a-car-accident-in-west-hollywood/. The article at this URL, featuring Justin Bieber Image 6, states that it is "By Kecia Gayle." On information and belief, on March 24, 2018, Kecia Gayle was employed by defendant.

65.     Defendant used the Kevin Hart Image by copying it and displaying it on Instagram on September 30, 2017.

66.     Defendant used Zayn Malik Image 1 by copying it and displaying it on Instagram on January 26, 2018.

67.     Defendant used Zayn Malik Image 2 by copying it and displaying it on Instagram on January 10, 2018.

68.     Defendant used the Foxx-Holmes Image by copying it and displaying it on April 13, 2017, at the following URL: www.thehollywoodunlocked.com/are-jamie-foxx-and-katie-holmes-finally-making-their-relationship-public/. The article at this URL, featuring the Foxx-Holmes Image, states that it is "By Krysti Mobley." On information and belief, on April 13, 2017, Krysti Mobley was employed by defendant.

69.     Defendant used the Foxx-Holmes Image a second time by copying it and displaying it on September 6, 2017 at the following URL: www.thehollywoodunlocked.com/flirtalert-jamie-foxx-and-katie-holmes-finally-go-public-with-their-romance/. The article at this URL, featuring the Foxx-Holmes Images, states that it is "By Jeroslyn Johnson." On information and belief, on September 6, 2017, Jeroslyn Johnson was employed by defendant.

70.     Defendant used the Hadid Image by copying it and displaying it on Instagram on January 12, 2018.

71.     Defendant used the Kanye West Image by copying it and displaying it on Instagram on January 11, 2018.

72.     Defendant used the Britney Spears Image by copying it and displaying it on Instagram on January 13, 2018.

73.     Defendant used the Halsey Image by copying it and displaying it on Instagram on January 6, 2018.

74.     Defendant used the Miley Cyrus Image by copying it and displaying it on Instagram on December 19, 2017.

COMPLAINT

75.     Defendant used the Selena Gomez Image by copying it and displaying it on its website on or about January 11, 2017. The article featuring the Selena Gomez Image was subsequently taken down but is available at the following archive URL: https://web.archive.org/web/20170112013247/https://thehollywoodunlocked.com/move-over-bella-hadid-selena-gomez-was-spotted-kissing-the-weeknd-pics/. The article states that it is "By Admin: Rivet Soro." On information and belief, on January 11, 2017, Rivet Soro was employed by defendant.

76.     Defendant used the Taylor Swift Image by copying it and displaying it on its website on April 12, 2016, at the following URL: http://thehollywoodunlocked.com/taylor-swifts-perfect-date-night-outfit/. The article at this URL, featuring the Taylor Swift Image, states that it is "By Alexyz Liggins." On information and belief, on April 12, 2016, Alexyz Liggins was employed by defendant.

77.     Defendant used the Wiz Khalifa Image by copying it and displaying it on Instagram on January 6, 2018.

78.     Defendant used the OBJ Image by copying it and displaying it on Instagram on December 5, 2017.

79.     Defendant used the Victor Cruz Image by copying it and displaying it on Instagram on April 20, 2018.

80.     Defendant used the Tyga Image by copying it and displaying it on Instagram on March 15, 2018.

81.     Defendant used the Christina Milian Image by copying it and displaying it on Instagram on March 9, 2018.

82.     Defendant used the Chrissy Teigen Image by copying it and displaying it on Instagram on February 20, 2018.

**C.     Facts That Support A Finding of Willful Infringement**

83.     At the time that defendant copied and distributed the Photographs, it knew or should have known that it did not have authorization or permission to do so.

84.     More specifically, defendant is aware of the importance of copyright protection. This is demonstrated on defendant's website itself, which contains a copyright notice, © The Hollywood Unlocked, for example as shown below.



Copyright © 2016 The Hollywood Unlocked.

Terms & Conditions / Privacy Policy

85.     Further, defendant's awareness of the importance of copyright protection as it pertains to the rights of third parties is demonstrated by the following language that appeared on defendant's website at all relevant times, along with other language that:

> Do not use any User Generated Content that belongs to other people and pass it off as your own. This includes any content that you might have found elsewhere on the Internet.

86.     Moreover, at least some of the Photographs were copied and displayed by defendant with copyright management information on the image showing that the image was owned and copyrighted by plaintiffs. This demonstrates defendant's awareness not just that the Photographs were copyrighted but that the copyright was owned by someone else.

87.     Finally, BackGrid put defendant on notice of its infringing conduct over seven months ago, but the infringement continued. BackGrid's agent for copyright enforcement sent a letter to defendant on December 13, 2017, notifying defendant that it was not authorized to post the Kevin Hart Image and Justin Bieber Image 2. Defendant acknowledged the letter and removed the two photos, but it continued to use BackGrid's images on the Hollywood Unlocked website and Instagram.

88.     Despite its awareness of plaintiff's rights under the Copyright laws, defendant acted with at least reckless disregard for, or willful blindness to, plaintiff's rights under the Copyright laws. On information and belief, defendant did not pay a license fee, inquire as to the availability of a license, do any work to confirmed that the Photographs were authorized to be copied and displayed, or clear the Photographs for use on defendant's Instagram or website.

## CLAIM ONE

### (For Copyright Infringement)

89.     Plaintiff realleges and incorporates by reference the allegations contained in the preceding paragraphs of this Complaint as if fully set forth here.

90.     The foregoing acts of defendant constitute infringement of plaintiff's copyrights in the Photographs in violation of 17 U.S.C. §§ 501 et seq.

91.     Plaintiff suffered damages as a result of defendant's unauthorized use of the Photographs.

92.     Plaintiff is informed and believes and on that basis alleges that defendant's acts of copyright infringement, as alleged above, were willful, intentional, and malicious, which further subjects defendant to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to $150,000 per infringement. Within the time permitted by law, plaintiff will make its election between actual damages and statutory damages.

## CLAIM TWO

### (For Vicarious and/or Contributory Copyright Infringement)

93.     Plaintiff realleges and incorporates by reference the allegations contained in the preceding paragraphs of this Complaint as if fully set forth here.

94.     Plaintiff is informed and believes and on that basis alleges that defendant knowingly induced, participated in, aided and abetted in, and profited from the unauthorized reproduction and/or subsequent distribution of the Photographs.

COMPLAINT

95.     Defendant, and each of them, are vicariously liable for the infringement alleged above because, on information and belief, they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct.

96.     By reason of each of the defendant's acts of contributory and vicarious infringement as alleged above, plaintiff has suffered and will continue to suffer substantial damages to its business in an amount to be established at trial, as well as additional general and special damages in an amount to be established at trial.

97.     Plaintiff is informed and believes and on that basis alleges that defendant's acts of copyright infringement, as alleged above, were willful, intentional, and malicious, which further subjects defendant to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to $150,000 per infringement. Within the time permitted by law, plaintiff will make its election between actual damages and statutory damages.

## CLAIM THREE

### (For Alteration of Copyright Management Information in Violation of 17 U.S.C. 1202)

98.     Plaintiff realleges and incorporates by reference the allegations contained in the preceding paragraphs of this Complaint as if fully set forth here.

99.     On information and belief, defendant, or someone working on its behalf, removed CMI from the Photographs without authorization of plaintiff or the law and then distributed the Photographs, with the CMI removed, without the authorization of plaintiff or the law.

100.   On information and belief, defendant's removal of the CMI from the Photographs was intentional, and defendant's distribution of the Photographs was with knowledge that the CMI had been removed without authorization.

101.   Defendant's actions alleged above constitute a violation of 17 U.S.C. § 1202.

102.   Plaintiff has suffered damages as a result of defendant's violation of 17 U.S.C. § 1202.

103.   Within the time permitted by law, plaintiff will make its election between actual damages and statutory damages.

## PRAYER FOR RELIEF

**WHEREFORE**, plaintiff requests the following:

A.   For a preliminary and permanent injunction against defendant and anyone working in concert with them from further copying, displaying, distributing, selling, or offering to sell plaintiff's Photographs described in the Complaint;

B.   For an order requiring defendant to account to plaintiff for its profits and any damages sustained by plaintiff arising from the acts of infringement;

C.   Under 17 U.S.C. § 503, for impoundment of all copies of the Photographs used in violation of plaintiff's copyrights—including digital copies or any other means by which they could be used again by defendant without plaintiff's authorization—as well as all related records and documents;

D.   For actual damages and all profits derived from the unauthorized use of plaintiff's Photographs or, where applicable and at plaintiff's election, statutory damages;

E.   Under 17 U.S.C. § 1203, for actual damages for the unauthorized alteration or removal of copyright information or, where applicable and at plaintiff's election, statutory damages of not less than $2,500 or more than $25,000.

F.   For an award of pre-judgment interest as allowed by law;

G.   For reasonable attorney fees;

H.   For court costs, expert witness fees, and all other costs authorized under law;

I.   For such other and further relief as the Court deems just and proper.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury of all issues permitted by law.

Dated:  July 24, 2018                    Respectfully submitted,

**PERKOWSKI LEGAL, PC**

By:    /s/ Peter Perkowski
          Peter E. Perkowski

          Attorneys for Plaintiff
          BACKGRID USA, INC.

COMPLAINT