AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>2:18-cv-6384 | DATE FILED<br>7/24/2018 | U.S. District Court for the Central District of California<br>350 W. 1st Street<br>Los Angeles, CA 90012 |
| PLAINTIFF<br>BACKGRID USA, INC. | | DEFENDANT<br>HOLLYWOOD UNLOCKED, INC. |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | VA 2 098 191 | *Exclusive* Britney Spears shows off fit figure ... | Aja Oxman |
| 2 | VA 2 097 272 | *Exclusive* Singer Halsey is seen with a rapper ... | Shane Partridge |
| 3 | VA 2 097 275 | *Exclusive* Wiz Khalifa and Izabela Guedes hit ... | Adriano Camolese |
| 4 | VA 2 097 280 | Justin Bieber gets a smoothie after his workout... | Fletcher Greene |
| 5 | VA 2 096 896 | Justin Bieber leaves his weekly Church service... | Roberto Maciel |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK | |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy