AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>2:18-cv-6384 | DATE FILED<br>7/24/2018 | U.S. District Court for the Central District of California<br>350 W. 1st Street<br>Los Angeles, CA 90012 |
| PLAINTIFF<br>BACKGRID USA, INC. | | DEFENDANT<br>HOLLYWOOD UNLOCKED, INC. |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | VA 2 093 219 | Odell Beckham Jr. arrives to the Prive sunglasses... | Marvin Patterson |
| 2 | VA 2 093 299 | Group Registration Photos, *Exclusive* Miley Cyrus.. | Adriano Camolese |
| 3 | VA 2 087 609 | Group Registration Photos, *Exclusive* Rihanna ... | Roberto Maciel |
| 4 | VA 2 087 607 | Group Registration Photos, Robin Thicke and ... | Gustavo Munoz |
| 5 | VA 2 087 606 | Group Registration Photos, Brooklyn Beckham ... | Luis Guerra Jr. |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy