AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 2:18-cv-6384 | DATE FILED 7/24/2018 | U.S. District Court for the Central District of California<br>350 W. 1st Street<br>Los Angeles, CA 90012 |
| PLAINTIFF<br>BACKGRID USA, INC. | DEFENDANT<br>HOLLYWOOD UNLOCKED, INC. |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | VA 2 084 115 | Published Group of Photos, Amber Rose enjoys... | Juan Bravo |
| 2 | VA 2 073 247 | Publshed Group of Photos, *Exclusive* Kylie Jenner.. | Mike Kamara |
| 3 | VA 2 073 589 | Published Group of Photos, Kerry Washington ... | Eduardo Arrivabene |
| 4 | VA 2 074 806 | Group Registration of Published Photographs, Justin.. | Julio Toledo |
| 5 | VA 2 069 876 | Published Group of Photos, *Exclusive* Amber Rose. | Peter Manoukian |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy