AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | | COURT NAME AND LOCATION<br>U.S. District Court for the Central District of California<br>350 W. 1st Street<br>Los Angeles, CA 90012 |
|---|---|---|
| DOCKET NO.<br>2:18-cv-6384 | DATE FILED<br>7/24/2018 | |
| PLAINTIFF<br>BACKGRID USA, INC. | | DEFENDANT<br>HOLLYWOOD UNLOCKED, INC. |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | VA 2 062 068 | Published Group of Photos, *Exclusive* A worse for... | Hellmuth Dominguez |
| 2 | VA 2 060 678 | Group Registration Photos, *Premium-Exclusive* ... | Gerardo Vasquez |
| 3 | VA 2 049 675 | Published Group of Photos *Premium-Exclusive* ... | Gerardo Vasquez |
| 4 | VA 2 050 055 | Group registration, *Premium Exclusive* Hot New ... | Roberto Maciel |
| 5 | VA 2 050 264 | Rihanna has her Heart on her Sleeve! ... | Marvin Patterson |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |
| | | |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy